IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:17-cr-20-MW/GRJ

ROLANDO ESCOBEDO, JR.,

    Defendant.

_____/

## ACCEPTANCE OF GUILTY PLEA

Pursuant to the Report and Recommendation of the United States Magistrate Judge, ECF No. 26, filed December 21, 2017, to which there has been no timely objections, and subject to this Court's consideration of the plea agreement pursuant to Fed. R. Crim. P. 11(e)(2), the plea of guilty of the defendant as to Count 1 of the Indictment is hereby ACCEPTED. All parties shall appear before the Court for sentencing as directed.

SO ORDERED on December 22, 2017.

                                              s/Mark E. Walker
                                              United States District Judge